# UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT

| | 100 EAST FIFTH STREET, ROOM 540 | |
|---|---|---|
| Deborah S. Hunt | POTTER STEWART U.S. COURTHOUSE | Tel. (513) 564-7000 |
| Clerk | CINCINNATI, OHIO 45202-3988 | www.ca6.uscourts.gov |

Filed: April 13, 2017

Mr. Robert R. Carr
Eastern District of Kentucky at Lexington
101 Barr Street
Lexington, KY 40507

    Re: Case No. 16-5045/16-5047/16-5067, *USA v. Winona Cox*
      Originating Case No. : 5:15-cr-00066-1

Dear Clerk,

  Enclosed is a copy of the mandate filed in this case.

          Sincerely yours,

          s/Roy G. Ford
          Case Manager
          Direct Dial No. 513-564-7016

cc: Mr. Neeraj K. Gupta
   Mr. Matthew Ryan Malone
   Mr. Kenneth R. Taylor
   Mr. Charles P. Wisdom Jr.
   Ms. Rachel D. Yavelak

Enclosure

# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

_____

No: 16-5045/16-5047/16-5067

_____

Filed: April 13, 2017

UNITED STATES OF AMERICA

    Plaintiff - Appellee

v.

WINONA JEAN COX

    Defendant - Appellant

## MANDATE

Pursuant to the court's disposition that was filed 03/22/2017 the mandate for this case hereby issues today.

COSTS: None