# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF KENTUCKY
# CENTRAL DIVISION
# LEXINGTON

CRIMINAL ACTIONS NO. 5:14-CR-85-JMH, 5:15-CR-66-JMH-1

UNITED STATES OF AMERICA

V.     **MOTION TO MODIFY IMPOSED TERM OF IMPRISONMENT**

WINONA JEAN COX

\* \* \* \* \*

In separate 2015 jury trials, Cox was convicted of four counts of fraudulent claims against the government, one count of interference with the internal revenue laws, one count of failure to appear, and one count of conspiracy to fail to appear and to conceal a person from arrest. In January 2016, Cox was sentenced to concurrent terms of imprisonment for a total of 36 months (*see* 5:14-CR-85-JMH at R. 131; 5:15-CR-66-JMH at R. 72). Cox is incarcerated in FCI Aliceville, with a release date of February 14, 2018.

The Director of the Bureau of Prisons makes a motion under 18 U.S.C. § 3582(c)(1)(A)(i) that the Court "reduce the term of imprisonment" to time served because of the "extraordinary and compelling reasons" that Cox has been diagnosed with terminal cancer. The Bureau of Prisons has received confirmation from the Probation Office that, if released, Cox could move to Nancy, Kentucky, and spend her remaining time with her husband and her children.

The United States requested and received from the Bureau of Prisons a June 7, 2017 memorandum from Jeffery Allen, Medical Director at the Federal Bureau of

Prisons, stating that Cox has cancer and projecting a life expectancy of eighteen months. The United States also received a June 23, 2017 memorandum from Diane Elie, Health Services Administrator at FCI Aliceville, stating that Cox has terminal cancer, and describing a medical exam and the anticipated medical treatment. The United States also received a May 22, 2017 report by Dr. Richard Griffin, of Aliceville, Alabama, who described Cox's medical condition.

For the reasons set forth above, the United States files this motion on behalf of the Director of the Bureau of Prisons to modify Cox's term of imprisonment to time served.

Respectfully submitted,

CARLTON S. SHIER, IV
ACTING UNITED STATES ATTORNEY

By: s/ Neeraj K. Gupta
Assistant United States Attorney
260 W. Vine Street, Suite 300
Lexington, Kentucky 40507-1612
(859) 685-4843
Neeraj.Gupta@usdoj.gov

By: s/ Kenneth R. Taylor
Assistant United States Attorney
260 W. Vine Street, Suite 300
Lexington, Kentucky 40507-1612
(859) 685-4874
Ken.Taylor@usdoj.gov

<u>CERTIFICATE OF SERVICE</u>

On July 5, 2017, I electronically filed this document through the ECF system.

        By:    <u>s/ Neeraj K. Gupta</u>
                Assistant United States Attorney