Eastern District of Kentucky
**FILED**

JUL -6 2017

AT LEXINGTON
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
LEXINGTON

CRIMINAL ACTIONS NO. 5:14-CR-85-JMH, 5:15-CR-66-JMH-1

UNITED STATES OF AMERICA

V.                                    **ORDER**

WINONA JEAN COX

\* \* \* \* \*

Upon motion of the Director of the Bureau of Prisons, the Court ORDERS that Cox's term of imprisonment is modified to time served because of "extraordinary and compelling reasons." *See* 18 U.S.C. § 3582(c)(1)(A)(i).

This the 6th day of July, 2017.

Joseph M. Hood
United States District Judge